

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

April 13, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 4/13/2026

BY ECF
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    *ACLU v. U.S. Bureau of Prisons*, No. 25-cv-2168 (MKV)

Dear Judge Vyskocil:

This Office represents defendant Federal Bureau of Prisons ("BOP") in connection with the above-referenced action brought by plaintiff the American Civil Liberties Union ("ACLU") pursuant to the Freedom of Information Act ("FOIA"). Both parties respectfully submit this joint letter to update the Court regarding the status of this matter and to request that the Court allow the parties to submit a further joint status report in 90 days, by July 13, 2026.

BOP has now completed its original and supplemental searches, processed potentially responsive records that were identified through those searches, and produced responsive, non-exempt records over the course of nine productions. ACLU has raised questions about certain redactions in these productions, and BOP will prepare a draft *Vaughn* index addressing those redactions by June 12, 2026. After the ACLU reviews that draft *Vaughn* index, the parties will attempt to resolve any disputes to avoid or at least narrow the scope of any motion practice.

To allow the parties time to meet and confer after ACLU receives the draft *Vaughn* index, the parties respectfully request that the Court order the next joint status report to be filed by July 13, 2026. The parties thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney
Southern District of New York

By:   */s/ Jacob Lillywhite*
JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2639
jacob.lillywhite@usdoj.gov

cc:   All counsel of record (via ECF)

**Granted. SO ORDERED.**

Date: 4/13/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

2